UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
QUIXOTIC SYSTEMS, INC.,

              **Plaintiff,**
             -against-

SIEMENS INDUSTRY, INC.,           21-cv-4672 (ALC)

             **Defendant.**           **ORDER**

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    Defendant requests a pre-motion conference in anticipation of filing a motion to dismiss Plaintiff's complaint. (ECF No. 10.) Plaintiff shall respond to Defendant's request by June 4, 2021.

**SO ORDERED.**

**Dated:** June 2, 2021

    **New York, New York**                       **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 2, 2021